741 A.2d 598

IN THE MATTER OF NEAL J. BERGER,
AN ATTORNEY AT LAW.

December 21, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **NEAL J. BERGER** of **SPRNGFIELD,** who was admitted to the bar of this State in 1977, and who was suspended from the practice of law for a period of two years effective November 12, 1997, by Order of this Court dated October 15, 1997, be restored to the practice of law, effective immediately.